UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUGGERO MARIA SANTILLI,

    Plaintiff,

v.                                            CASE NO: 8:07-cv-308-T-23MSS

FABIO CARDONE, et al.,

    Defendants,

_____/

## **ORDER**

An August 28, 2007, order (Doc. 59) directed the plaintiff to file an amended complaint on or before September 10, 2007, and cautioned that failure to comply would result in dismissal of the action without further notice. The plaintiff fails to amend the complaint, file a response, or move to extend the time for a response. Accordingly, this action is **DISMISSED** for lack of prosecution. See Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on September 11, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE